[Civ. No. 3306.   Second Appellate District, Division Two.—March 22, 1920.]

S. N. CLARK et al., Petitioners, v. L. E. SHEPHERD et al., Respondents.

[1] MANDAMUS—ADJUDICATION OF PRIVATE RIGHTS—ABSENCE OF EMERGENCY—JURISDICTION.—The appellate court will deny an application for a writ of mandate where the application is based upon private rights only and it does not appear that some peculiar emergency or exigency exists such as would justify the issuance of the writ by the appellate court in the first instance.

APPLICATION for a Writ of Mandate.   Denied.

The facts are stated in the opinion of the court.

Alfred H. McAdoo for Petitioners.

THE COURT.—[1]   This is an application for a writ of *mandamus.*   The application is based upon private rights only. The matters to be litigated are not *publici juris.*   Nor does it appear that some peculiar emergency or exigency exists such as would justify the issuance of the writ by this court in the first instance.   The petition shows no sufficient reason why the application should not have been made to the superior court, and the application for the writ is therefore denied.